IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

THOMAS CRAIG                                                                                    PLAINTIFF

V.                                                              CIVIL ACTION NO.2:05CV152-NBB-JAD

JAMES A. RILEY, et al.                                                                       DEFENDANTS

REPORT AND RECOMMENDATION

This matter was scheduled for a *Spears* hearing before the undersigned on October 3, 2006. The notice of the hearing was timely mailed to the plaintiff at his address of record. The case was called three times. The plaintiff having failed to appear, the undersigned recommends that this action be dismissed without prejudice for failure to prosecute.

The parties are referred to 28 U.S.C. 636(b)(1) and Local Rule 72.2(D) for the appropriate procedure in the event any party desires to file objections to these findings and recommendations. Objections are required to be in writing and must be filed within ten days of this date. Failure to file written objections to the proposed finding and recommendations contained in this report within ten days from the date of filing will bar an aggrieved party from challenging on appeal both the proposed factual findings and the proposed legal conclusions accepted by the district court *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

Plaintiff is directed to acknowledge receipt of this report and recommendation by signing the enclosed acknowledgment form and returning it to the court within ten days of this date. Plaintiff is warned that failure to comply with the requirements of this paragraph may lead to the dismissal of this lawsuit under F.R.Civ.P. 41(b) for failure to prosecute and for failure to comply with an order

of the court.

This the 5th day of October, 2006.

/s/ JERRY A. DAVIS
UNITED STATES MAGISTRATE JUDGE